United States District Court
Southern District of Texas
**ENTERED**
February 26, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | |
|---|---|
| **JOSH LIMAS,** § | |
| § | |
| Plaintiff, § | |
| VS. § | **CIVIL ACTION NO. 5:20-CV-185** |
| § | |
| **BOWEN ENTERPRISES, LTD.,** § | |
| § | |
| Defendant. § | |

### ORDER

On February 26, 2021, Plaintiff Josh Limas and Defendant Bowen Enterprises, Ltd. filed a "Joint Stipulation of Dismissal With Prejudice Pursuant to FRCP 41(a)(1)" (Dkt. 6). The stipulation (Dkt. 6), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1–2.) Accordingly, the case is hereby DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 26th day of February, 2021.

_____
Diana Saldaña
United States District Judge